**Willie H. MITCHELL, Jr.,
Plaintiff–Appellant,**

v.

**C. Sterling HANCOCK, Jr.; Jodie Rhea, Defendants–Appellees.**

**No. 02–1268.**

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Willie H. Mitchell, Jr., Pro Se.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Willie H. Mitchell, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mitchell v. Hancock,* No. CA–02–5 (E.D.N.C. Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*